NOTE TO DOCKET CLERK:
Copies mailed via First Class Mail to Mr. Dennis Concepcion, Highland, NY 12528

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Latino Officers Association City
of New York Incorporated for
itself and its members, et al.,
              Plaintiffs,

  -against-                            99-cv-9568 (LAK)

The City of New York, et al.,
              Defendants.
------------------------------x

## Order

      The Court has received a hard-copy application from Dennis Concepcion that the Court has memo endorsed. Since the application contains personal identifying information, the Clerks Office shall file the application and the memo-endorsement on the docket as restricted access to Court and all parties only.

Dated: December 4, 2024

                                                Lewis A. Kaplan
                                          United States District Judge